622 A.2d 283

**Ruby SREDY, C. Edward Beener, Kathy Beener Pyle and Alda Beener**

v.

**BEENER COAL COMPANY, INC., George Beener, Timothy Show and Cenneth Younkin, Individually and Trading and Doing Business as BTC Trucking, Inc., and BTC Development Corporation, Rita Show and Dorothy Younkin, and Tri–Star Mining, Inc., and George Beener, Executor of the Estate of Edward E. Beener, Appellants.**

Supreme Court of Pennsylvania.

Argued March 8, 1993.

Decided April 1, 1993.

Reargument Denied July 7, 1993.*

* Mr. Justice Zappala dissents and would grant reargument.

Thomas R. Eddy, Eddy & Osterman, Pittsburgh, for appellants.

Daniel W. Rullo, Somerset, for appellee.

Before NIX, C.J., and LARSEN, FLAHERTY, ZAPPALA, PAPADAKOS, CAPPY and MONTEMURO, JJ.

## ORDER

PER CURIAM:

Appeal dismissed as having been improvidently granted.

ZAPPALA, J., would affirm the Order of the Superior Court.